**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

RENA MIZRAHI, on behalf of herself and
all others similarly situated,

               Plaintiffs,

       -against-

C.TECH COLLECTIONS, INC.

          Defendant.

Case No.  1:17-cv-04565-ERK-RML

**NOTICE OF VOLUNTARY**
**DISMISSAL**

     **IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
         January 11, 2018

           Respectfully submitted,

           By: /s/ Joseph H. Mizrahi
           Joseph H. Mizrahi, Esq.
           Joseph H. Mizrahi Law, P.C.
           300 Cadman Plaza West, 12 Floor
           Brooklyn, New York 11201
           Phone:    (917) 299-6612
           Facsimile: (718) 425-8954
           *Attorneys for Plaintiff*